No. 20. THOMAS W. PHILLIPS, JR., ET AL., SUBSTITUTED FOR OKLAHOMA NATURAL GAS COMPANY, A CORPORATION, v. OKLAHOMA ET AL. Error to the Supreme Court of the State of Oklahoma. Argued October 13, 14, 1927. Decided October 24, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the certiorari is denied for want of a substantial Federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 551, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Charles B. Cochran,* with whom *Messrs. C. B. Ames* and *Russell G. Lowe* were on the brief, for plaintiff in error. *Mr. E. S. Ratliff,* with whom *Messrs. Edwin B. Dabney* and *George F. Short* were on the brief, for defendants in error.